UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES TRAYLOR,

        Petitioner,

Case No. 4:03-CV-26

v.

Hon. Richard Alan Enslen

JANETTE PRICE,

**FINAL ORDER**

        Respondent.
_____/

    In accordance with the Opinion of this date;

    **IT IS HEREBY ORDERED** that Petitioner James Traylor's Objections (Dkt. No. 34) are **DENIED**, the Report and Recommendation (Dkt. No. 30) is **ADOPTED**, the Petition for Writ of Habeas Corpus is **DISMISS WITH PREJUDICE**, and a certificate of appealability is **GRANTED** limited to the first issue asserted in the Petition.

    **IT IS FURTHER ORDERED**, for the purpose of facilitating appeal, that the Court authorizes Petitioner to proceed *in forma pauperis* on appeal pursuant to Federal Rule of Appellate Procedure 24.

    **IT IS FURTHER ORDERED** that the Court directs the Federal Public Defender to immediately appoint counsel for Petitioner for the purpose of prosecuting his appeal.

DATED in Kalamazoo, MI:
    September 22, 2005

     /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE